SECURITY PACIFIC SAVINGS BANK *v.* JOAN NEDOVICH ET AL.

The petition of the defendants Joan Nedovich and Paul Nedovich for certification for appeal from the Appellate Court (AC 15500) is dismissed.

*Norman J. Voog,* in support of the petition.

*Leanne M. Kinsley,* in opposition.

Decided May 9, 1996

BANK OF BOSTON CONNECTICUT *v.* SCOTT REAL ESTATE, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 40 Conn. App. 616 (AC 13753), is denied.

*Bruce L. Elstein,* in support of the petition.

*Robert A. Izard* and *Linda L. Morkan,* in opposition.